

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00011-CR

**JOSEPH WARREN POLK, JR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. 16-23752**

_____

## MEMORANDUM OPINION

_____

Joseph Warren Polk, Jr. appeals his conviction. However, the certification of

defendant's right of appeal which Polk signed indicates that he has no right to appeal.

Accordingly, this appeal is dismissed.[1] *See* TEX. R. APP. P. 25.2(d); *Monreal v. State*,

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by the Court of Criminal Appeals, a petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2 (a).

99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals dismissed
Opinion delivered and filed January 25, 2017
Do not publish
[CR25]

